# UNITED STATES DISTRICT COURT
## CRIMINAL MINUTES – FIRST APPEARANCE ON INDICTMENT

**Case No.** 4:22cr27-AW     **Date:** June 22, 2022

**Docket Entry:** First Appearance on Indictment     2:09 - 2:27 p.m.

- Attorney Todd Yoder retained. Counsel has until July 1, 2022 to become admitted to the NDFL Bar and file a notice of appearance.
- Defendant released on Order Setting Conditions of Release
- Trial scheduled for August 16, 2022 at 8:30 a.m.

**PRESENT:** Charles A. Stampelos, United States Magistrate Judge

| **Angie Maxwell** | **Danielle Wright** | **Megan Hague** | **Stephen Kunz** |
|---|---|---|---|
| Deputy Clerk | USPO | Court Reporter | Ast. US Attorney |

**U.S.A. v. (Defendant listed below)**     **Attorney for Defendant:**

**ANDREW DEMETRIC GILLUM**          **Todd Yoder**
X present __custody  X O/R           X present __appointed X retained

- **X**   Defendant advised that he/she is before a U.S. Magistrate Judge
- **X**   Defendant advised of charges, penalties and fines
- **X**   Defendant advised of right to remain silent and consult with an attorney before making any statement
- **X**   Defendant advised of his right to hire counsel
- ___   Defendant executes a written CJA Form 23 and swears that it is accurate
- ___   Order appointing Public Defender entered
- **X**   Defendant retained his/her own counsel: Todd Yoder
- **X**   Defendant advised of his/her right to bail

|     | |
| --- | --- |
| ___ | **Government moves for pretrial detention** |
| ___ | **Detention hearing scheduled for:** _____ |
| ___ | **Detention hearing held (see separate minutes)** |
| _X_ | **Defendant to be released** |
| ___ | **Defendant detained** |
| ___ | **Defendant held over until** detention hearing _____ |
|     | **(Defendant temporarily detained)** |
| _X_ | **Arraignment conducted. Plea: Not guilty as charged in indictment** |

Trial scheduled for: **August 16, 2022 at 8:30 am before Judge Allen C. Winsor**