**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

**vs.**                                             **CASE NO. 4:22cr27-AW**

**ANDREW DEMETRIC GILLUM,**

   **Defendant.**
_____/

## O R D E R

At first appearance and arraignment on the Indictment today, the
Defendant appeared with retained counsel.  Defendant's counsel is
required to be admitted to the Northern District of Florida Bar because he is
a member of The Florida Bar.  See N.D. Fla. Loc. R. 11.1(A).  Counsel has
entered a limited appearance and requests a continuance to file a notice of
appearance.

Accordingly, it is **ORDERED** that Defendant shall have until **July 1,
2022**, to have his retained counsel become admitted to Northern District of
Florida Bar and file a notice of appearance.

**DONE AND ORDERED** on June 22, 2022.

**s/ Charles A. Stampelos**
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**