**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA

   VS                                    CASE NO.  4:22-cr-27-AW-MAF

ANDREW DEMETRIC GILLUM

**WARRANT FOR ARREST**

   TO:   The United States Marshal
         and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  ANDREW DEMETRIC GILLUM
                                                          Name
and bring him or her forthwith to the nearest magistrate to answer an

**Indictment**

charging him or her with:

MAKING FALSE STATEMENTS
CONSPIRACY TO COMMIT WIRE FRAUD
WIRE FRAUD

in violation of Title 18 United States Code, Section(s) 1001;1349;1343

Jessica J. Lyublanovits                    Clerk of Court
Name of Issuing Officer                    Title of Issuing Officer

Deputy Clerk: Taylor McGill                June 8, 2022     Tallahassee
                                           Date and Location

Bail fixed at $ Bail Reform Act
and/or in accordance with Comprehensive Crime     by  Martin A. Fitzpatrick
Control Act of 1984.                                  Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| FBI Tallahassee RA, 660 E. Jefferson St., Suite 200, Tallahassee, FL 32301 | | |
| DATE RECEIVED 06/08/2022 | NAME AND TITLE OF ARRESTING OFFICER SA Eva Hurley | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 06/22/2022 | | |

FILED USDC FLND TL
JUN 22 '22 AM11:55