IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                                                    CASE NO. 4:22-cr-27-AW-MAF

ANDREW DEMETRIC GILLUM
 and
SHARON JANET LETTMAN-HICKS
_____/

## NOTICE OF GOVERNMENT AND DEFENSE AGREED-UPON PROPOSED PRETRIAL SCHEDULE

On August 4, 2022, the Court entered an order continuing the trial date in this case to April 17, 2023, and extending the deadline for the filing of substantive pretrial motions to November 1, 2022. ECF No. 41. In its order, the Court also directed that the parties confer regarding appropriate deadlines for witness and exhibit lists, pretrial evidentiary motions, and other pretrial scheduling matters. The Government and counsel for both defendants have conferred and have agreed upon the following proposed schedule for pretrial deadlines for the Court's consideration:

**November 1, 2022**: Deadline for filing Rule 12 motions.

**February 13, 2023**: Government exhibit and witness lists to be provided to defense counsel.

1

**March 15, 2023**: Defense exhibit and witness lists to be provided to the Government.

Each party must serve an exhibit list separately identifying each exhibit the party expects to introduce in the party's case in chief and each exhibit the party may introduce in the party's case in chief if the need arises. Each party must serve a witness list separately identifying each witness the party expects to call in the party's case in chief and each witness the party may call in the party's case in chief if the need arises. A later request to amend a list to include an additional witness or exhibit will be granted only on (a) a showing of good cause for failing to include the witness or exhibit on the original list and (b) a showing that—promptly upon discovering the omission, the need to call the witness, or the need to introduce the exhibit—the party fully advised each other party of the substance of the witness's anticipated testimony or provided each other party a copy of the exhibit. A party will not be allowed to call a witness or to introduce an exhibit in the party's case in chief unless the witness or exhibit is on the party's—or another party's—properly served witness or exhibit list. The intent for these requirements are for both the Government and the defense to make good faith efforts to comply with these requirements and that the requirements would not be applied rigidly.

**March 10, 2023**: Motions in limine to be filed. Motions in limine, responses, and any exhibits thereto may be filed under seal

**March 20, 2023:** Proposed jury instructions, verdict form, and redacted indictment to be filed.

**March 24, 2023**: Responses to motions in limine to be filed; Government motions in limine arising from defense exhibits or witness lists.

**April 3, 2023**: Trial Briefs to be filed. Trial briefs may be filed under seal.

**April 17, 2023**: Trial to commence.

      Respectfully submitted on September 1, 2022,

         JASON R. COODY
         United States Attorney

         */s/ Stephen M. Kunz*
         STEPHEN M. KUNZ
         ANDREW J. GROGAN
         Assistant U.S. Attorneys
         Florida Bar No. 322415
         Florida Bar No. 85932
         111 North Adams St., 4th Floor
         Tallahassee, FL 32301
         (850) 942-8430
         stephen.kunz@usdoj.gov
         andrew.grogan@usdoj.gov