UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO. 4:22-CR-00027/WINSOR/FITZPATRICK

UNITED STATES OF AMERICA

v.

ANDREW DEMETRIC GILLUM and
SHARON JANET LETTMAN-HICKS,

      Defendants.
_____/

**ANDREW GILLUM'S NOTICE OF FILING DONALD TRUMP'S TRUTH SOCIAL POSTS IN SUPPORT OF MOTION FOR DISCOVERY AND A HEARING ON THE GOVERNMENT'S SELECTIVE PROSECUTION**

On November 8, 2022, Andrew Gillum filed a Motion for Discovery and a Hearing on the Government's Selective Prosecution. ECF No. 55. On November 10, 2022, former president Donald Trump, posted a series of comments to his social media network, Truth Social. In the posts, Trump claims that during the 2018 Florida gubernatorial election, Trump sent in the FBI and U.S. Attorney's Office to stop the 2018 gubernatorial election from being "stolen," just prior to DeSantis "running out of votes necessary to win." *See* attached Exhibit A. Former

president Trump's posts raise serious questions about how exactly Trump "fixed" DeSantis' campaign and what Trump directed the FBI and the U.S. Attorney's Office to do, and whether there is any connection to the FBI's investigation and later prosecution of Gillum. Trump's recent posts support a prima facie case of selective prosecution (at a minimum for political purposes), because Donald Trump confirms that he took action through the FBI and U.S. Attorney's Office. Further inquiry through discovery and a hearing is necessary. Accordingly, Gillum files the recent Truth Social posts in support of his Motion for Discovery and a Hearing on the Government's Selective Prosecution. ECF No. 55.

Respectfully submitted,

**MARKUS/MOSS PLLC**
40 N.W. Third Street, PH1
Miami, Florida 33128
Tel: (305) 379-6667
markuslaw.com

By:   /s/ David Oscar Markus
      David Oscar Markus
      Florida Bar Number 119318
      dmarkus@markuslaw.com

      /s/ Katherine E. Miller
      Katherine E. Miller
      Florida Bar Number 104790
      kmiller@markuslaw.com