IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

Case No: 4:22cr27-ACW

vs.

ANDREW DEMETRIC GILLUM
and
SHARON JANET LETTMAN-HICKS,
_____/

## GOVERNMENT'S PROPOSED VERDICT FORM

Comes now the United States of America, by and through the United States Attorney for the Northern District of Florida and the undersigned counsel, and hereby submits this Proposed Verdict Form for trial in the above-referenced case:

VERDICT FORM

AS TO DEFENDANT ANDREW GILLUM

COUNT ONE

We, the jury, in the above entitled case, unanimously find Andrew Gillum, as charged in Count One, making false statements:

_____ Guilty            _____ Not Guilty

COUNT TWO

We, the jury, in the above entitled case, unanimously find Andrew Gillum, as charged in Count Two, conspiracy to commit wire fraud:

_____ Guilty            _____ Not Guilty

COUNT THREE

We, the jury, in the above entitled case, unanimously find Andrew Gillum, as charged in Count Three, wire fraud:

_____ Guilty          _____ Not Guilty

COUNT FOUR

We, the jury, in the above entitled case, unanimously find Andrew Gillum, as charged in Count Four, wire fraud:

_____ Guilty          _____ Not Guilty

COUNT FIVE

We, the jury, in the above entitled case, unanimously find Andrew Gillum, as charged in Count Five, wire fraud:

_____ Guilty          _____ Not Guilty

COUNT SIX

We, the jury, in the above entitled case, unanimously find Andrew Gillum, as charged in Count Six, wire fraud:

_____ Guilty          _____ Not Guilty

COUNT SEVEN

We, the jury, in the above entitled case, unanimously find Andrew Gillum, as charged in Count Seven, wire fraud:

_____ Guilty              _____ Not Guilty

COUNT EIGHT

We, the jury, in the above entitled case, unanimously find Andrew Gillum, as charged in Count Eight, wire fraud:

_____ Guilty              _____ Not Guilty

COUNT NINE

We, the jury, in the above entitled case, unanimously find Andrew Gillum, as charged in Count Nine, wire fraud:

_____ Guilty              _____ Not Guilty

COUNT TEN

We, the jury, in the above entitled case, unanimously find Andrew Gillum, as charged in Count Ten, wire fraud:

_____ Guilty              _____ Not Guilty

COUNT ELEVEN

We, the jury, in the above entitled case, unanimously find Andrew Gillum, as charged in Count Eleven, wire fraud:

_____ Guilty              _____ Not Guilty

COUNT TWELVE

We, the jury, in the above entitled case, unanimously find Andrew Gillum, as charged in Count Twelve, wire fraud:

_____ Guilty          _____ Not Guilty

COUNT THIRTEEN

We, the jury, in the above entitled case, unanimously find Andrew Gillum, as charged in Count Thirteen, wire fraud:

_____ Guilty          _____ Not Guilty

COUNT FOURTEEN

We, the jury, in the above entitled case, unanimously find Andrew Gillum, as charged in Count Fourteen, wire fraud:

_____ Guilty          _____ Not Guilty

COUNT FIFTEEN

We, the jury, in the above entitled case, unanimously find Andrew Gillum, as charged in Count Fifteen, wire fraud:

_____ Guilty          _____ Not Guilty

COUNT SIXTEEN

We, the jury, in the above entitled case, unanimously find Andrew Gillum, as charged in Count Sixteen, wire fraud:

_____ Guilty        _____ Not Guilty

COUNT SEVENTEEN

We, the jury, in the above entitled case, unanimously find Andrew Gillum, as charged in Count Seventeen, wire fraud:

_____ Guilty        _____ Not Guilty

COUNT EIGHTEEN

We, the jury, in the above entitled case, unanimously find Andrew Gillum, as charged in Count Eighteen, wire fraud:

_____ Guilty        _____ Not Guilty

COUNT NINETEEN

We, the jury, in the above entitled case, unanimously find Andrew Gillum, as charged in Count Nineteen, wire fraud:

_____ Guilty        _____ Not Guilty

COUNT TWENTY

We, the jury, in the above entitled case, unanimously find Andrew Gillum, as charged in Count Twenty, wire fraud:

_____ Guilty        _____ Not Guilty

### COUNT TWENTY-ONE

We, the jury, in the above entitled case, unanimously find Andrew Gillum, as charged in Count Twenty-One, wire fraud:

_____ Guilty          _____ Not Guilty

## AS TO DEFENDANT SHARON LETTMAN-HICKS

### COUNT TWO

We, the jury, in the above entitled case, unanimously find Sharon Lettman-Hicks, as charged in Count Two, conspiracy to commit wire fraud:

_____ Guilty          _____ Not Guilty

### COUNT THREE

We, the jury, in the above entitled case, unanimously find Sharon Lettman-Hicks, as charged in Count Three, wire fraud:

_____ Guilty          _____ Not Guilty

### COUNT FOUR

We, the jury, in the above entitled case, unanimously find Sharon Lettman-Hicks, as charged in Count Four, wire fraud:

_____ Guilty          _____ Not Guilty

COUNT FIVE

We, the jury, in the above entitled case, unanimously find Sharon Lettman-Hicks, as charged in Count Five, wire fraud:

_____ Guilty          _____ Not Guilty

COUNT SIX

We, the jury, in the above entitled case, unanimously find Sharon Lettman-Hicks, as charged in Count Six, wire fraud:

_____ Guilty          _____ Not Guilty

COUNT SEVEN

We, the jury, in the above entitled case, unanimously find Sharon Lettman-Hicks, as charged in Count Seven, wire fraud:

_____ Guilty          _____ Not Guilty

COUNT EIGHT

We, the jury, in the above entitled case, unanimously find Sharon Lettman-Hicks, as charged in Count Eight, wire fraud:

_____ Guilty          _____ Not Guilty

COUNT NINE

We, the jury, in the above entitled case, unanimously find Sharon Lettman-Hicks, as charged in Count Nine, wire fraud:

_____ Guilty             _____ Not Guilty

## COUNT TEN

We, the jury, in the above entitled case, unanimously find Sharon Lettman-Hicks, as charged in Count Ten, wire fraud:

_____ Guilty             _____ Not Guilty

## COUNT ELEVEN

We, the jury, in the above entitled case, unanimously find Sharon Lettman-Hicks, as charged in Count Eleven, wire fraud:

_____ Guilty             _____ Not Guilty

## COUNT TWELVE

We, the jury, in the above entitled case, unanimously find Sharon Lettman-Hicks, as charged in Count Twelve, wire fraud:

_____ Guilty             _____ Not Guilty

## COUNT THIRTEEN

We, the jury, in the above entitled case, unanimously find Sharon Lettman-Hicks, as charged in Count Thirteen, wire fraud:

_____ Guilty             _____ Not Guilty

## COUNT FOURTEEN

We, the jury, in the above entitled case, unanimously find Sharon Lettman-Hicks, as charged in Count Fourteen, wire fraud:

_____ Guilty          _____ Not Guilty

## COUNT FIFTEEN

We, the jury, in the above entitled case, unanimously find Sharon Lettman-Hicks, as charged in Count Fifteen, wire fraud:

_____ Guilty          _____ Not Guilty

## COUNT SIXTEEN

We, the jury, in the above entitled case, unanimously find Sharon Lettman-Hicks, as charged in Count Sixteen, wire fraud:

_____ Guilty          _____ Not Guilty

## COUNT SEVENTEEN

We, the jury, in the above entitled case, unanimously find Sharon Lettman-Hicks, as charged in Count Seventeen, wire fraud:

_____ Guilty          _____ Not Guilty

## COUNT EIGHTEEN

We, the jury, in the above entitled case, unanimously find Sharon Lettman-Hicks, as charged in Count Eighteen, wire fraud:

_____ Guilty            _____ Not Guilty

COUNT NINETEEN

We, the jury, in the above entitled case, unanimously find Sharon Lettman-Hicks, as charged in Count Nineteen, wire fraud:

_____ Guilty            _____ Not Guilty

COUNT TWENTY

We, the jury, in the above entitled case, unanimously find Sharon Lettman-Hicks, as charged in Count Twenty, wire fraud:

_____ Guilty            _____ Not Guilty

COUNT TWENTY-ONE

We, the jury, in the above entitled case, unanimously find Sharon Lettman-Hicks, as charged in Count Twenty-One, wire fraud:

_____ Guilty            _____ Not Guilty


SO SAY WE ALL on April \_\_\_, 2023, in Tallahassee, Florida.

Respectfully submitted,

JASON R. COODY
United States Attorney

*/s/ Gary Milligan*
GARY MILLIGAN
ANDREW J. GROGAN
Assistant U.S. Attorneys
D.C. Bar. No. 484813
Florida Bar No. 85932
111 North Adams St., 4th Floor
Tallahassee, FL 32301
(850) 942-8430
gary.milligan@usdoj.gov
andrew.grogan@usdoj.gov

## **CERTIFICATE OF WORD COUNT**

I hereby certify, pursuant to N.D. Fla. Loc. R. 7.1(f), that this filing complies with the word limit and contains less than 8000 words. This response was prepared using Microsoft Word 2019 software. In making this certification, I have relied upon the word-count feature of Microsoft Word 2019.

*/s/ Gary Milligan*
Gary Milligan
Assistant United States Attorney
