UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO. 4:22-CR-00027/WINSOR/FITZPATRICK

UNITED STATES OF AMERICA

v.

ANDREW DEMETRIC GILLUM and
SHARON JANET LETTMAN-HICKS,

    Defendants.
_____/

**ANDREW GILLUM'S TIME SENSITIVE MOTION TO COMPEL**

Andrew Gillum, through counsel, files this motion to compel and states:

Although we are only 8 business days from the start of trial, the Government still has yet to produce material that was due long ago, requiring this motion to compel. We respectfully request an Order from this Court ordering the Government to produce these items forthwith:

    1.    **Final transcripts of any recordings the Government intends to use at trial**. The Government was ordered to disclose discovery in this case months ago. Doc. 21; Local Rule 26.2. And, of course, the rules require disclosure of items the Government intends to use in its case in chief. *See id.*; Federal Rule Criminal Procedure 16. Yet the Government has not provided numerous transcripts to the defense even though it lists them as exhibits on its exhibit list, and for others has only produced draft transcripts. We need the final transcripts in order to prepare for

trial. The reason is obvious – the defense needs the transcripts in order to review them for accuracy by comparing them to the recordings. We have requested these transcripts over and over again, but to no avail.

2. **All final exhibits the Government intends to introduce at trial.** The parties agreed to exchange exhibit lists well in advance of trial so that we could effectively prepare and also so that we could tee up any potential issues for the Court in advance of trial. Although the Government gave us a draft exhibit list on time, the list continues to change every few days whereby the Government adds new exhibits that the defense has not yet seen. While we are not moving to exclude these new exhibits, there should be a cut-off date, after which no new exhibits should be admitted.

3. *Brady* **material regarding the boat ride in New York**. As the Court knows, we made a *Brady* request to the Government asking about why the undercover agents brought women on the boat ride in New York and what happened with those women during the New York trip. The Government has responded that it would provide us with any discoverable information, if any. We respectfully request an order requiring the Government to produce this information if it exists.

4. **The true names and dates of birth of the undercover agents**. Although this information is subject to the pending motion for protective order, we have asked the Government to produce it now and that we would abide by the terms of the protective order until the Court rules on it. We made this request so that we

would have enough time to conduct an investigation prior to trial. Again, the Government has refused even though we would abide by the very terms it is seeking. A hearing is set for this issue on Monday, April 10, but that will give us less than a week to conduct an investigation, all during the time we are in final trial preparation and moving to Tallahassee.

5. **Censure letters to the undercover agents**. The Government informed us that two of its agents have been issued letters of censure by the FBI. We have requested those letters, but the Government has refused to turn them over.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

The Undersigned certifies that this filing does not exceed 8,000 words, per Microsoft Word's word count, which complies with the word limit requirements set forth in Local Rule 7.1(F).

Respectfully submitted,

**MARKUS/MOSS** PLLC
40 N.W. Third Street, PH1
Miami, Florida 33128
Tel: (305) 379-6667
markuslaw.com

By:   /s/ David Oscar Markus
      David Oscar Markus
      Florida Bar Number 119318
      dmarkus@markuslaw.com

      /s/ A. Margot Moss
      A. Margot Moss
      Florida Bar Number 091870
      mmoss@markuslaw.com

<u>/s/ Katherine E. Miller</u>
Katherine E. Miller
Florida Bar Number 104790
kmiller@markuslaw.com