# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

         **Plaintiff,**

v.

**ANDREW GILLUM**
 And
**SHARON LETTMAN-HICKS**
         **Defendants.**

Case No. 4:22cr27-ACW

# GOVERNMENT EXHIBIT LIST AND INDEX

| Ltd | = admitted for limited purposes |
|---|---|
| X | = offered & admitted over objection |
| NO | = marked, but not offered |
| WD | = offered then withdrawn |

| Exhibit Number | Action Taken | Date | Description |
|---|---|---|---|
| 1 | | | 3.25.2016 UCE conversation with Adam Corey Recording |
| 1a | | | 3.25.2016 UCE conversation with Adam Corey Transcript of Excerpts |
| 1b | | | Picture of Adam Corey |
| 2 | | | 4.6.2016 Recording of UCE 4180 and Adam Corey in Arizona |
| 2a | | | REMOVED |
| 2b | | | 4.6.2016 FD-302 re UCE 4180 and Adam Corey |
| 2c | | | 2016.4.6 UCE 4180 and Corey part 1 |
| 2d | | | 2016.4.6 UCE 4180 and Corey part 2 |

I CERTIFY that I have this date _____ received from the Clerk, U.S. District Court, Northern District of Florida, the following numbered exhibits for which I will hold myself responsible:

_____      _____
Signature                                                      Printed Name

# EXHIBIT INDEX

| Exhibit Number | Action Taken | Date | Description |
|---|---|---|---|
| 3 | | | 4.7.2016 UCE and Adam Corey discussing paying for campaign dinner Recording |
| 3a | | | 4.7.2016 UCE and Adam Corey discussing paying for campaign dinner Transcript of Excerpts |
| 3b | | | 4.11.2016 Forward Florida Dinner Invite |
| 3c | | | 423 All Saints Street, Tallahassee FL |
| 4a | | | 4.15.2016 UCE and Adam Corey call re bill for campaign dinner Recording |
| 4b | | | 4.15.2016 UCE and Adam Corey call re bill for campaign dinner Transcript of Excerpts |
| 4c | | | 4.15.2016 Corey email to Miller about Forward Florida Dinner |
| 4d | | | FBI records showing payment for Forward Florida dinner |
| 5 | | | 5.16.2016 UCEs, Andrew Gillum, Adam Corey Recording |
| 5a | | | 5.16.2016 UCEs, Andrew Gillum, Adam Corey Transcript of Excerpts |
| 5b | | | Picture of Andrew Gillum |
| 5c | | | FD-302 re meeting with Adam Corey and Andrew Gillum |
| 5d | | | 2016.5.7 Sprint bill for thank you voicemail |
| 5e | | | Certificate for toll record |
| 5f | | | Edison Restaurant |
| 6 | | | 8.10.2016 Hard Rock and Hamilton Recording |
| 6a | | | 8.10.2016 Hard Rock and Hamilton Transcript of Excerpts |
| 6b | | | Blue Slip New York_Redacted |
| 6c | | | Hard Rock Café Outside |
| 6d | | | Map from Hard Rock to Rodgers Theatre |
| 6e | | | Rodgers Theatre outside image |
| 6f | | | Rodgers Theatre inside image |
| 6g | | | Rodgers Theater Seating Chart |
| 6h | | | FD-302 for Hard Rock Cafe and Hamilton |
| 6i | | | Butler reimbursement documents |
| 6j | | | Adam Corey text messages from NY trip |
| 6k | | | 2016.8.10 UCE Miller & Corey & M. Gillum Texts |
| 6l | | | FD 302 of Adam Corey |

| Exhibit Number | Action Taken | Date | Description |
|---|---|---|---|
| 6m | | | 8.10 Hard Rock and Hamilton Recording |
| 6n | | | 2016.8.10 Recording UCE phone call with Corey and Marcus Gillum |
| 6o | | | 2016.8.10 Transcript of UCE phone call with Corey and Marcus Gillum |
| 6p | | | Hamilton poster |
| 6q | | | Transcript of Hamilton Intermission |
| 7a | | | 8.11.2016 NY boat ride part 1 Recordings |
| 7b | | | REMOVED |
| 7c | | | 8.11.2016 NY boat ride part 2 Recording |
| 7d | | | REMOVED |
| 7e | | | FD-302 NY boat trip |
| 7f | | | Blue Slip New York_Redacted |
| 7g | | | 2016.8.11 New York Boat Trip Picture AG and AC |
| 7h | | | 2016.8.11 NY Boat Trip AC and AG 2 |
| 7i | | | 2016.8.11 NY Boat Trip AC MG AG 2 |
| 7j | | | 2016.8.11 NY Boat Trip AC MG AG |
| 7k | | | Blue Slip Boat Attendant New York_Redacted |
| 7l | | | REMOVED |
| 7m | | | 2016.8.11 Recording part 2 |
| 8a | | | 2016.10.28 FD 302 Butler with Marcus Gillum |
| 8b | | | 2016.10.28 FD 302 Lil Wayne Concert |
| 9a | | | 2016.10.29 FD 302 re Marcus Gillum |
| 9b | | | Old School |
| 10a | | | 11.30.2016 - Marcus Gillum in Nashville Recording |
| 10b | | | 11.30.2016 - Marcus Gillum in Nashville Transcript of Excerpts |
| 10c | | | 2016.11.30 FD-302 UCEs with Marcus Gillum in Nashville |
| 11a | | | 1.15.2017 UCE and Marcus Gillum in Nashville Recording |
| 11b | | | 1.15.2017 UCE and Marcus Gillum in Nashville Transcript of Excerpts |
| 11c | | | 1.15.2017 FD-302 re Marcus Gillum in Nashville |
| 12a | | | 2.15.2017 Conversation with Andrew Gillum and Marcus Gillum Recording |
| 12b | | | 2.15.2017 Conversation with Andrew Gillum and Marcus Gillum Transcript of Excerpts |
| 12c | | | 2.15.2017 FD-302 re UCEs meeting with Andrew Gillum and Marcus Gillum in Jacksonville |

| Exhibit Number | Action Taken | Date | Description |
|---|---|---|---|
| 12d | | | Ocean Prime Restaurant inside |
| 12e | | | Ocean Prime Restaurant outside |
| 13a | | | 3.13.2017 UCE and Andrew Gillum Recording |
| 13b | | | 3.13.2017 UCE and Andrew Gillum Transcript of Excerpts |
| 13c | | | 3.13.2017 FD-302 re UCEs and Andrew Gillum |
| 13d | | | Madison Social outside |
| 13e | | | Madison Social inside |
| 14a | | | 3.13.2017 UCEs and Sean Pittman Recording |
| 14b | | | 3.13.2017 UCEs and Sean Pittman Transcript of Excerpts |
| 14c | | | 3.13.2017 FD-302 of UCEs and Sean Pittman |
| 14d | | | Picture of Sean Pittman |
| 14e | | | Wine Loft Bar |
| 15a | | | 3.15.2017 UCE and Marcus Gillum Recording |
| 15b | | | 3.15.2017 UCE and Marcus Gillum Transcript of Excerpts |
| 16a | | | 3.27.2017 Recording of UCEs with Sean Pittman |
| 16b | | | 3.27.2017 FD-302 of UCEs with Sean Pittman |
| 17a | | | 3.31.2017 UCE and Sean Pittman Recording |
| 17b | | | 3.31.2017 UCE and Sean Pittman Transcript of Excerpts |
| 18a | | | 4.12.2017 UCE and Sean Pittman Recording |
| 18b | | | 4.12.2017 UCE and Sean Pittman Transcript of Excerpts |
| 19a | | | 6.14.2017 Andrew Gillum FBI Interview Recording |
| 19b | | | 6.14.2017 Andrew Gillum FBI Interview Transcript |
| 19c | | | 6.14.2017 FD-302 of Andrew Gillum interview |
| 20a | | | Tallahassee Democrat recording of interview with Andrew Gillum |
| 20b | | | 2018.10.23 Gillum MSNBC interview |
| 20c | | | 2018.10.24 Recording of Gubernatorial Debate and Hamilton question |
| 20d | | | 2018.10.29 NBC 6 Impact interview with Andrew Gillum |
| 21a | | | Ethics Commission inside |
| 21b | | | 2017.10.17 Ethic Commission Complaint |
| 21c | | | FEC Order Finding Jurisdiction |
| 21d | | | 2018.4.24 Recording of Powell Interview of Andrew Gillum |

| Exhibit Number | Action Taken | Date | Description |
|---|---|---|---|
| 21e | | | 2018.4.24 Transcript of Powell Interview of Andrew Gillum |
| 21f | | | 2018.9.4 Recording of Andrew Gillum Statement to Ethics Commission Investigator |
| 21g | | | 2018.9.4 Transcript of Andrew Gillum Statement to Ethics Commission Investigator |
| 21h | | | 2018.12.4 Affidavit of Adam Corey |
| 21i | | | 2018.12.7 Ethics Commission Report of Investigation, Complaint No. 17-146 |
| 21j | | | 2019.1.2 Marcus Gillum Declaration |
| 21k | | | 2019.1.4 Andrew Gillum Declaration |
| 21l1 | | | 2018.12.21 Advocate Recommendation |
| 21l2 | | | 2019.1.4 Gillum Response to Advocate Recommendation |
| 21m | | | 2019.1.30 FEC Order Finding Probable Cause |
| 21n | | | 2019.4.22 Video of Deposition of Marcus Gillum |
| 21o | | | 2019.4.22 Transcript of Deposition of Marcus Gillum |
| 21p | | | 2019.4.24 Joint Stipulation of Fact, Law, and Recommended Order |
| 21q | | | 2019.4.24 Gillum statement after Ethics Commission settlement |
| 22a | | | Transcript of Mike Miller Testimony from US v. Burnette part 1 |
| 22b | | | Transcript of Mike Miller Testimony from US v. Burnette part 2 |
| 22c | | | Transcript of Mike Miller Testimony from US v. Burnette part 3 |
| 23a | | | 2017.3.31 Gov_Serv_250002953_Statement_10K_to_FF |
| 23b | | | 2019.8.20 FD-302 Maddox Proffer |
| 24 | | | Mike Miller Texts with Andrew Gillum |
| 25 | | | Empty |
| 26 | | | Empty |
| 27 | | | Empty |
| 28 | | | Empty |
| 29 | | | P&P Payments summary chart |
| 30 | | | Gillum Income summary chart |
| 31 | | | P&P monthly balances summary chart |
| 32 | | | 2016.2.16 Forward Florida Statement of Organization |
| 33 | | | 2017.1.27 Gillum email to Lettman re Comcast proposal letter |
| 34 | | | 2017.1.9 Letter from PFAW to Lettman terminating lease |

| Exhibit Number | Action Taken | Date | Description |
|---|---|---|---|
| 34a | | | Certificate |
| 35 | | | 2017.2.9 Gillum resignation letter |
| 35a | | | Certificate |
| 36 | | | 2017.2.21 Follow up letter to Gillum resignation |
| 36a | | | Certificate |
| 37 | | | 2017.2.25 2016 Gillum Tax Return |
| 37a | | | Certificate |
| 38 | | | 2017.3.1 GFG lease of P&P office space |
| 39 | | | 2017.3.14 Lettman email to Gillum with employee enrollment form |
| 40a | | | a P&P Annual Report 2016 |
| 40b | | | b P&P Annual Report 2017 |
| 40c | | | c P&P Annual Report 2018 |
| 41 | | | 2017.3.15 Lettman email to Paychex |
| 42a | | | a 2017 0109 Email re Comcast proposal |
| 42b | | | b Comcast Proposal Letter |
| 43 | | | 2018.2.28 Gillum Statement of Candidate |
| 44 | | | 2018.6.18 Gillum Form 6 - Full and Public Disclosure of Financial Interests |
| 45a | | | a P&P Communications 2016 Form 1120S K1 shows Lettman ownership |
| 45b | | | b P&P Communications 2017 Form 1120S K1 shows Lettman ownership |
| 45c | | | c Certificate |
| 46 | | | 2018.9.28 Lettman W9 for P&P |
| 46a | | | Certificate |
| 47 | | | 2020.5.28 Gillum Letter of Explanation |
| 47a | | | Certificate |
| | | | P & P bank records (Wells Fargo)　Jan 2014 to Feb 2019 |
| 48a | | | a Withdrawals 2013-2018 |
| 48b | | | b Deposits 2013-2018 |
| 48c | | | c Certificate for 2013-2018 documents |
| 48d | | | d Account Documents |
| 48e | | | e Statements Jan 2014-June 2018 |
| 48f | | | f Certificate July 2018-Oct 2018 |
| 48g | | | g Statements July 2018-Oct 2018 |

| Exhibit Number | Action Taken | Date | Description |
|---|---|---|---|
| 48h | | | h Withdrawals July 2018-Oct 2018 |
| 48i | | | i 60k edeposit Nov 20 2018 |
| 48j | | | j Cert for Nov 2018-Feb 2019 |
| 48k | | | k Statements Nov 2018-FEb 2019 |
| | | | Andrew Gillum bank records (Centennial Bank) Jan 2014 Feb 2019 |
| 49a | | | a Accountant Agreement 5821 Feb 26 2004 |
| 49b | | | b Fedwire 5821 March 16 2017 |
| 49c | | | c Statements 5821 Jan 14-Mar 18 |
| 49d | | | d Deposits 5821 Jan 14-Mar 18 |
| 49e | | | e Certificate of Authenticity |
| 49f | | | f Check Images 5821 2018 |
| 49g | | | g Deposit Images 5821 2018 |
| 49h | | | h Signature Card 5821 |
| 49i | | | i Statements 5821 Mar 18-Feb19 |
| 49j | | | j Account Agreement 1335 May 21 2019 |
| 49k | | | k Daily Transaction Report 1335 |
| | | | Andrew Gillum bank records (Hancok Whitney Bank) |
| 50a | | | a Account Docs |
| 50b | | | b Statements 4918 Dec 15-May 18 |
| 50c | | | c Spreadsheet 4918 |
| 50d | | | d Statements 4918 Mar18-Feb19 |
| 50e | | | e Certification |
| 50f | | | f Certification |
| 50g | | | g Statements 4918 Feb19-Aug20 |
| | | | Eastern Bank Records |
| 51a | | | a Eastern Statements Jan 16-Jan 19 |
| 51b | | | b Eastern Wires |
| 51c | | | c Certification |
| | | | Gillum Sprint phone records |
| 52a | | | a Exh starts at 9-14-2017  14349 PM |
| 52b | | | b Exh starts at 9-14-2017  14349 PM full |

| Exhibit Number | Action Taken | Date | Description |
|---|---|---|---|
| 52c | | | c Sprint Customer Serv Screen |
| 52d | | | d Certification 1 |
| 52e | | | e 7.13.2018 GILLUM text messages with Lettman page only |
| 52f | | | f 7.13.2018 GILLUM text messages with Lettman full |
| 52g | | | g Certificate 2 |
| 52h | | | h Sprint Customer Serv Screen |
| | | | Lettman phone records |
| 53a | | | a Ex 5.22.18 page only |
| 53b | | | b Ex 5.22.18 at page 64 full |
| 53c | | | c 7.13.18 Page only wo highlights |
| 53d | | | d 7.13.2018 full |
| 53e | | | e Ex for 8.8.18 page only |
| 53f | | | f Ex for 11.19.2018 3 pages only |
| 53g | | | g Ex for 8.8.18 and 11.19.2018 full |
| 53h | | | h 9.21.17 Alfano call to Lettman at 1142am page only |
| 53i | | | i ActivationDeactivationDates |
| 53j | | | j ActivationDeactivationDates |
| 53k | | | k Certificate |
| 53l | | | l Lettman phone records May 2018-Jan 2019 |
| 53m | | | m Lettman phone records Jan 2019-June 2019 |
| 53n | | | n Certificate |
| 53o | | | o Statements May 2019 |
| 53p | | | p Certificate |
| 53q | | | q Subscriber Information |
| 53r | | | r Subscriber Information |
| 54 | | | 2016.7.7 Greer email to Gillum |
| 55 | | | 2016.8.22 Gillum email to Lettman with email string |
| 56 | | | 2016.8.24 Gillum email to Greer with CDLS proposal |
| 57 | | | 2016.8.25 Gillum email to Kalan |
| 58 | | | 2016.9.21 Lettman email to Alfano |
| 59 | | | 2016.9.21 Alfano email to Loizeaux at NWF with CDLS proposal |

| Exhibit Number | Action Taken | Date | Description |
|---|---|---|---|
| 60 | | | 2016.9.22 Greer NWF letter to Lettman with Grant agreement |
| 61 | | | 2016.9.23 Lettman email to Coleman with signed grant agreement |
| 62 | | | 2016.9.26 NWF letter with check image for CDLS 50K |
| 63 | | | 2016.10.3 NBJC deposit for NWF 50K |
| 63a | | | Certificate |
| 64 | | | 2016.10.7 Gillum email to NWF and OSF |
| 65 | | | 2016.10.21 Gillum email to Alfano re OSF 100K |
| 66 | | | 2016.11.2 Alfano email to Kalan re OSF 100K |
| 67 | | | 2016.11.17 Alfano email to Lettman with Catecomm Contract |
| 68 | | | 2016.11.30 Alfano email to Lettman re Catecomm |
| 69 | | | 2016.12.12 Lettman email to Guernsey OSF with letter requesting funding |
| 70 | | | 2017 to 2018 Alfano text messages with Gillum |
| 71 | | | 2017.1.6 OSF Grant letter to Lettman with grant conditions |
| 72 | | | 2017.1.13 OSF wire transfer to NBJC account |
| 72a | | | Certificate |
| 73 | | | 2017.3.15 Lettman email to Lettman titled For Gillum |
| 74 | | | 2017.3.16 Lettman withdrawal 25K from NBJC |
| 74a | | | Certificate |
| 75 | | | 2017.3.16 Lettman 25K deposit to P and P |
| 75a | | | Certificate |
| 76 | | | 2017.3.16 Lettman call to Gillum |
| 76a | | | Certificate |
| 77 | | | 2017.4.20 Alfano email to Greer NWF with letter requesting 50K |
| 78 | | | 2017.5.3 NBJC deposit of NWF 50K check |
| 78a | | | Certificate |
| 79 | | | 2017.5.19 Lettman email to Coleman NWF with signed grant agreement |
| 80 | | | 2017.5.19 grant letter and NWF check image |
| 81 | | | 2017.5.30 Lettman withdrawal 25K from NBJC |
| 81a | | | Certificate |
| 82 | | | 2017.5.30 Lettman deposit 25K to P and P |
| 82a | | | Certificate |

| Exhibit Number | Action Taken | Date | Description |
|---|---|---|---|
| 83 | | | 2017.6.15 and 7.10 Deposits of $3,584.01 and $6K cashier checks from P&P to Gillum's account |
| 83a | | | Certificate |
| 84 | | | 2017.7.31 and 8.18 Deposits of $3,584.01 cashier checks from P&P to Gillum's account |
| 84a | | | Certificate |
| 85 | | | 2017.9.14 Lettman email to Alfano re frozen funds |
| 86 | | | 2017.9.15 Alfano email to Lettman re budget and frozen funds |
| 87 | | | 2017.11.29 Alfano email to Lettman re OSF report |
| 88 | | | 2017.11.30 Lettman email to Alfano providing OSF final report |
| 89 | | | 2017.11.30 Alfano email to Guernsey providing Final Report |
| 90 | | | 2017.12.10 Grayson email to Lettman re NBJC 2016 to 2017 Financial Ledger |
| 91 | | | 2017.2.22 Alfano email to Lettman re:CDLS Expenditures to Date |
| 92 | | | 2018.3.25 Grayson email to Lettman re 2016 and 2017 NBJC Income and Expense report |
| | | | National Black Justice Coalition Bank Records |
| 93a | | | a Statements Jan16-Mar19 |
| 93b | | | b Deposits |
| 93c | | | c Withdrawals |
| 93d | | | d Certificate |
| 93e | | | e Statements Apr19-July20 |
| 93f | | | f Deposits April19- |
| 93g | | | g Certificate2 |
| | | | National Black Justice Coalition Business/Accounting Records |
| 94a | | | a 990 2016 |
| 94b | | | b 990 2017 |
| 94c | | | c 16-17 YTD Income & Expense |
| 94d | | | d 17-18 YTD Income & Expense |
| 94e | | | e Certificate |
| 95 | | | 2018 Ballotpedia re 2018 Gubernatorial Election |
| 96 | | | 2018.2.9 Gillum email to Sussman regarding 020918 meeting with email string |
| 97 | | | 2018.2.9 Gillum email to Sussman thanking him for 020918 meeting |
| 98 | | | 2018.2.9 Ensley email to Sussman providing wiring instructions |

| Exhibit Number | Action Taken | Date | Description |
|---|---|---|---|
| 99 | | | 2018.5.21 Alcala Calendar entry for Gillum meeting with Sussman |
| 100 | | | 2018.5.22 Ensley email to Gillum with Sussman briefing doc |
| 101 | | | 2018.5.22 Gillum email to Vachon re Sussman meeting |
| 102 | | | 2018.5.22 Parnell email to Ensley requesting wire info |
| 103 | | | 2018.5.22 Lettman text re: needing to move $250k thru a C-4 |
| 104 | | | 2018.5.31 Jackson email with OTLAF 50K wire transfer confirmation |
| 105 | | | 2018.6.1 Parnell email string with Sussman and Buckle regarding 250k contribution |
| 106 | | | 2018.6.5 Sussman 250K to OTLAF wire confirmation |
| 106a | | | Certificate |
| 107 | | | 2018.6.7 Lettman text to Jackson asking for 100K to P and P |
| 108 | | | 2018.6.16 Ensley & Gillum email re use of Sussman funds |
| 109a | | | 2018.6.27 Gillum and Ensley text exchange regarding disposition of Sussman funds |
| 109b | | | Texts transcribed copy |
| 110 | | | 2018.6.27 Lettman email to Ensley and Gillum confirming 50K transfer from OTLAF to FF |
| 111 | | | 2018.6.27 Lettman text message to Jackson requesting status of contract between OTLAF and P and P |
| 112 | | | 2018.7.9 Text message from Lettman re: donor breathing down her neck and may demand money back |
| 113 | | | 2018.7.13 wire transfer of 66250 and 080818 wire transfer of 66250 OTLAF to P & P |
| 113a | | | Certificate |
| 114a | | | a 02052019 Letter and Cert FF S240_1A147121941 |
| 114b | | | b 02112019 Letter and Cert FF S241_1A148122100 |
| 114c | | | c 03112019 Letter and Cert FF S242_1A149122204 |
| 114d | | | d 04242019 Letter and Cert FF S290_1A188122257 |
| 114e | | | e 08152019 Letter and Certs FF S339_1A2431224027 |
| 115 | | | 2018.7.13 Lettman text to Jackson after receiving first 66250 |
| 116 | | | 2018.7.18 Jackson email to Ellis with signed contract between OTLAF and P and P |
| 117 | | | OTLAF Certificate of Authenticity |
| 118 | | | 2018.8.8 Wire transfer of $66,250 from Org E account to P&P account |
| 118a | | | Certificate |
| 119 | | | 2018.8.24 Email from Alan Williams to SLH re BVM |
| 120 | | | 2018.9.4 Deposit of $10,000 cashier's check from P&P account to Gillum's account |

| Exhibit Number | Action Taken | Date | Description |
|---|---|---|---|
| 120a | | | Certificate |
| 121 | | | 2018.9.17 Deposit of $10,000 cashier's check from P&P account to Gillum's account |
| 121a | | | Certificate |
| 122 | | | 2019.12.2 Email sent by Lettman to Org E containing false report |
| 123 | | | 2019.12.2 P and P final report on OTLAF contract |
| 124 | | | 2019.11.4 Email Brandon David re AfAm Poll Analysis |
| | | | Copy of Fla Stats. 106.1405, 106.07, and 106.141 |
| 125a | | | a Fla Stat 106.1405 |
| 125b | | | b Fla Stat 106.07 |
| 125c | | | c Fla Stat 106.141 |
| | | | GFG 130k to Grayson records |
| 126a | | | a 11022018 wire |
| 126b | | | b Statement-pg 52 |
| 126c | | | c Cert |
| 127 | | | 2018.11 GOTV Initiative Transaction Register |
| 127a | | | Certificate |
| 128 | | | 2018.11.2 Email SLH to Arceneaux to process $130K Election Day GOTV invoice |
| 129 | | | 2018.11.7 Email Gillum to Arceneaux and Davis re SLH overseeing campaign budgets |
| 130 | | | 2018.11.16 Email SLH to Grayson re payment to Monique Gillum and increase Grayson fee |
| 131 | | | 2019.11.5 Amended Campaign Treasurer's Report a-f |
| 132a | | | a 2018.11.19 Email re $34160 invoice P&P to FDP |
| 132b | | | b Deposit of 34160 |
| 132c | | | c Statement with 34160 |
| 132d | | | d Certification |
| 133 | | | 2018.11.20 $60K deposit into P&P from Grayson |
| 133a | | | Certificate |
| 134 | | | 2018.11.20 P&P bank records |
| 134a | | | Certificate |
| 135 | | | 2018.11.21 Cent Bank Records |
| 135a | | | Certificate |

| Exhibit Number | Action Taken | Date | Description |
|---|---|---|---|
| 136 | | | 2018.11.26 Cent Bank Records |
| 136a | | | Certificate |
| 137 | | | 2018.11.30 Email Arceneaux re P&P Invoices |
| 138 | | | 2018.11.20 Gillum Calendar Entry Meeting with Sharon |
| 138a | | | Certificate |
| 139a | | | a 2018.12.4 $35K check FDP to SLH |
| 139b | | | b Statement with 35k deposit |
| 139c | | | c Cert |
| 140 | | | 2018.12.6 Email Andrew Darling re FF Reimbursements |
| 141 | | | 2018.12.14 $8600 check GFG to P&P |
| 141a | | | Certificate |
| 142 | | | 2018.12.19 Email Gay to Elaine Scott re expenses covered on SLHs credit card |
| 143 | | | 2018.10.28 Email SLH Invoices Aug Sept OctNov |
| 144a | | | a 2018.10.29 $65K deposit of check FDP to SLH |
| 144b | | | b LH Statements showing 65k deposit |
| 144c | | | c Certificate |
| 145 | | | Gillum ATT Phone Records |
| 145a | | | Certification |
| 146 | | | Lettman Line of Credit |
| 146a | | | a Certification |
| 147 | | | 2016 0414 AG Email to SLH re senator or gov run |
| 148 | | | 2016 0706 Email AG to SLH re office space |
| 149 | | | 2016 0923 Email AG to Silverman Foundation re 10K grant |
| 150 | | | 2017 0108 Email AG to Alfano checking on Ardis proposal |
| 151 | | | 2017 0119 Email AG to Alfano re including State Organizer |
| 152 | | | 2017 0214 AG Email to AG to Jamie Wolf with grant request |
| 153 | | | 2017 1121 AG Email re Pitch to NWF for second 50k |
| 154 | | | 2016.2.16 Forward Florida Registered Agent Appointment |
| 155 | | | 2016.2.16 Forward Florida Treasurer Appointment |
| | | | Adam Corey Phone Records |
| 156a | | | a Wireline |

| Exhibit Number | Action Taken | Date | Description |
|---|---|---|---|
| 156b | | | b Subscriber Info |
| 156c | | | c Mobility |
| 156d | | | d International |
| 156e | | | e Certificate |
| | | | John Jackson Phone Records |
| 157a | | | a Subscriber Information pdf |
| 157b | | | b Subscriber Information xls |
| 157c | | | c Text message detail |
| 157d | | | d Voice Tolls 2018 Jan - June |
| 157e | | | e Certificate |
| 157f | | | f Voice Tolls 2018 May-Dec |
| 157g | | | g Certificate 2 |
| 158 | | | Ensley Proffer Letter |
| 159 | | | John Jackson Proffer Letter |
| 160 | | | 2018.11.9 Misc campaign document re matching funds |
| 161 | | | 2018.11.15 Audit Letter |
| 162 | | | 2018.12.6 FDOS Audit Letter |
| 163 | | | 2018.12.6 GFG Treasurer Removal |
| 164 | | | 2019.1.19 Appt of Treasurer |
| 165 | | | 2019.12.10 Gay email to Speers with lease payments to P&P |
| 166 | | | CDLS Grant History by Alfano |
| 167 | | | Gillum iCloud contact information |
| 167a | | | Certification |
| 168a | | | a Email SDS-0738 5.31.18 thru 6.5.18 |
| 168b | | | b Email, Fax SDS-0750 2.9.18 |
| 168c | | | c Email, Fax SDS 0766 5.31.18 thr 6.4.18 |
| 168d | | | d Transaction Journal Entry SDS 0749 |
| 168e | | | e Letter SDS-0753 10.18.18 |
| 168f | | | f Email, Fax Sheet, Texts, Wire info SDS-0754 8.30.18 |
| 168g | | | g Email, Fax SDS-0758 10.14-15.18 |
| 169 | | | Certification for Sussman Docs |

| Exhibit Number | Action Taken | Date | Description |
|---|---|---|---|
| 170a | | | a GFG Cert 000001-022021 |
| 170b | | | b GFG Cert 20949-35936 |
| 170c | | | c GFG Cert 22022-162936 |
| 170d | | | d GFG Cert 29667-693957 |
| 170e | | | e GFG Cert 162937-197040 |
| 170f | | | f GFG Cert 197041-208005 |
| 170g | | | g GFG Cert 213660-221515 |
| 170h | | | h GFG Cert 221516-249198 |
| 170i | | | i GFG Cert 249199-292191 |
| 170j | | | j GFG Cert 693358-939107 |
| 171 | | | Grimsely Certification |
| | | | |