IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No. 4:22cr27-AW/MAF

ANDREW DEMETRIC GILLUM

  and

SHARON JANET LETTMAN-HICKS,

    Defendants.
_____/

## GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully moves that this court dismiss the Indictment against the Defendants Andrew Gillum and Sharon Lettman-Hicks, pursuant to Federal Rule of Criminal Procedure 48(a).

    Respectfully submitted,

    JASON R. COODY
    United States Attorney

    */s/ Gary Milligan*
    GARY K. MILLIGAN
    ANDREW J. GROGAN
    JOSEPH A. RAVELO
    Assistant U.S. Attorneys
    D.C. Bar No. 484813
    Florida Bar No. 85932
    Florida Bar No. 98082
    111 North Adams St., 4th Floor

Tallahassee, FL 32301<br>
(850) 942-8430<br>
gary.milligan@usdoj.gov<br>
andrew.grogan@usdoj.gov<br>
joseph.ravelo@usdoj.gov

## LOCAL RULE 7.1(F) CERTIFICATE

I HEREBY CERTIFY that the above memorandum complies with the word limit in N.D. Fla. Loc. R. 7.1(F) because this memorandum contains less than 8,000 words, excluding those parts that are exempted by the rule.

<i><u>/s/ Gary Milligan</u></i><br>
GARY MILLIGAN<br>
Assistant United States Attorney

2